**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Aaron Marks, P.C.
To Call Writer Directly:
+1 212 446 4856
aaron.marks@kirkland.com

Facsimile:
+1 212 446 4900

August 23, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court, Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *Canoo Inc. v. DD Global Holdings Ltd.*, Docket No.: 22-cv-3747 (MKV)

Dear Judge Vyskocil:

I write on behalf of Plaintiff Canoo Inc. ("Canoo") pursuant to the Court's Scheduling Order, dated August 16, 2022 (ECF No. 13). As requested by the Court, Canoo hereby informs the Court that it intends to amend its complaint in response to certain arguments raised in Defendant DD Global Holdings Ltd.'s pre-motion letter, dated July 26, 2022 (ECF No. 11). Canoo will file its amended complaint on or before September 6, 2022.

Respectfully submitted,

/s/ *Aaron Marks, P.C.*

Aaron Marks, P.C.

cc:   All Counsel of Record (via ECF)

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.