UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2023

CANOO INC.,

                    Plaintiff,

          -against-

DD GLOBAL HOLDINGS LTD.,

                    Defendant.

1:22-cv-03747-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Initial Pretrial Conference scheduled for December 1, 2023 at 3:00 PM is

ADJOURNED to January 12, 2024 at 2:30 PM.  The conference will be held via Microsoft Teams.

The parties should dial (646) 453-4442 and use Conference ID: 176 144 662#.  Any request for an

adjournment must be filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

**Date:  October 31, 2023**
**         New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**