## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-4132
DIRECT FAX
917-777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

June 7, 2024

**BY ECF**

Hon. Mary Kay Vyskocil
United States District Court Judge
Southern District of New York
U.S. Courthouse, 500 Pearl St.
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/2024

RE:   Canoo Inc. v. DD Global Holdings Ltd., No. 22-cv-3747

Dear Judge Vyskocil:

We are counsel to DD Global Holdings Ltd. ("DD Global"), and write pursuant to Section 2(G) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request that the status conference scheduled for July 9, 2024 (*see* ECF No. 32), be rescheduled as DD Global's counsel has a personal conflict on the scheduled date.

There have been no prior extensions of this deadline and the requested extension does not affect any other scheduled dates. Plaintiff Canoo, Inc. consents to the requested extension. The parties have conferred and are available for the conference on June 24, July 22, 25, 29 or 31, 2024, if any of those dates are convenient to the Court.

Respectfully submitted,

*/s/Susan L. Saltzstein*

Susan L. Saltzstein

Cc: Counsel of record (by ECF)

---

**GRANTED. The status conference scheduled for July 9, 2024 at 11:30 AM is ADJOURNED to July 31, 2024 at 11:30 AM. One week in advance of the conference, by July 24, 2024, the parties shall file a joint letter advising the Court of the status of the case, including the status of discovery and the status, but not the substance, of settlement efforts. SO ORDERED.**

Date: 6/7/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge