USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2024

# KIRKLAND & ELLIS LLP

Aaron H. Marks, P.C.
To Call Writer Directly:
+1 212 446 4856
aaron.marks@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

October 22, 2024

**BY ECF FILING**

Hon. Mary Kay Vyskocil
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      RE:    *Canoo Inc. v. DD Global Holdings Ltd.*, No. 1:22-cv-3747-MKV

Dear Judge Vyskocil:

    Plaintiff Canoo Inc. and Defendant DD Global Holdings Ltd. jointly write to advise the Court that they have reached an agreement in principle to resolve this action, subject to negotiating mutually satisfactory documentation. The parties also jointly submit this letter (i) to advise the Court of the status of the action pursuant to Your Honor's Order at ECF No. 38; and (ii) to respectfully request that the status conference scheduled for October 29, 2024 (*see* ECF No. 38) be adjourned *sine die*.

    In view of the parties' agreement in principle, there are no discovery or other disputes that presently require the Court's attention, and the parties are not presently seeking to extend any of the deadlines previously set by the Court for final completion of fact or expert discovery. (The parties have agreed to extend the interim deadline for substantial completion of document productions as they work to finalize their agreement).

    We thank the Court for its ongoing time and attention to this matter and we are available at the Court's convenience if the Court requires any additional information.

                      Respectfully submitted,

                      */s/ Aaron H. Marks*
                      Aaron H. Marks, P.C.

cc: All counsel of record (by ECF filing)

---

**Granted. SO ORDERED.**

Date: 10/22/24
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge