USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANOO INC.,<br><br>     Plaintiff,<br><br>-against-<br><br>DD GLOBAL HOLDINGS LTD.,<br><br>     Defendant. | 1:22-cv-03747-MKV<br><br>**ORDER OF DISMISSAL** |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by the parties informing the Court that they have reached a settlement in principle [ECF No. 39]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 21, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: October 22, 2024
   New York, NY

                       */s/ Mary Kay Vyskocil*
                       **MARY KAY VYSKOCIL**
                       **United States District Judge**