USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/22/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANOO INC.,

                          Plaintiff,

              -against-

DD GLOBAL HOLDINGS LTD.,

                          Defendant.

1:22-cv-03747-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff requests a stay in this case. This case has been closed since October 22, 2024—subject to a motion to reopen on 30 days' notice—pursuant to advice from both parties that they had reached a settlement in principle. [ECF Nos. 39, 41]. The deadline to move to reopen was extended multiple times at the request of the parties. [ECF Nos. 42, 44, 46, 48, 50].  Because the Plaintiff had again requested to extend the 30-day deadline to reopen the case and the Court had previously put the parties on notice that there would be no further extensions absent extraordinary and unforeseen circumstances, the Court scheduled a conference for January 23, 2025. [ECF Nos. 50-51].  Plaintiff has now advised the Court that Plaintiff and several affiliates have filed a Chapter 7 bankruptcy petition. [ECF No. 52]. Plaintiff moves now to stay this case, and further extend the deadline to reopen the case, until the Chapter 7 trustee is appointed and has time to review the matter. [ECF No. 52]. As such, pursuant to Bankruptcy Code 362, the conference cannot proceed.

Accordingly, IT IS HEREBY ORDERED that the January 23, 2025 conference is adjourned *sine die*.

IT IS FURTHER ORDERED that, if the Defendant wishes to be heard, it shall file a letter advising the Court of its position by close of business, Monday, January 27, 2025.

The Court will enter a further order regarding disposition of the case in light of the 30-day order as extended and the bankruptcy stay.

**SO ORDERED.**

**Date:  January 22, 2025**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**