```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANOO INC.,

               Plaintiff,

-against-

DD GLOBAL HOLDINGS LTD.,

               Defendant.

1:22-cv-03747-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      This case has been closed since October 22, 2024—subject to a motion to reopen on 30 days' notice—pursuant to advice from both parties that they had reached a settlement in principle. [ECF Nos. 39, 41]. The deadline to move to reopen was extended multiple times. [ECF Nos. 42, 44, 46, 48, 50]. In the interim, Plaintiff and several affiliates have filed a Chapter 7 bankruptcy petition and moved to stay this case, and to extend the deadline to reopen the case until the Chapter 7 trustee is appointed and has time to review the matter. [ECF No. 52]. The request for a stay was denied and the deadline to move to reopen was extended several times. [ECF Nos. 55, 57]. Since then, Counsel for Canoo, Inc. notified the Court that the Delaware District Bankruptcy Court had appointed a trustee and that Counsel had not been retained by the debtor's estate. [ECF No. 58]. Thereafter, the Court extended the deadline to reopen to April 7, 2025 and the Court directed Bankruptcy Trustee for the Plaintiff to appear and advise the Court regarding how it intends to proceed on or before April 1, 2025. [ECF No. 59]. The Bankruptcy Trustee has not appeared or advised the Court.

      Accordingly, IT IS HEREBY ORDERED that on or before April 14, 2025 the Bankruptcy Trustee for Canoo, Inc. shall advise the Court of the status of the Bankruptcy case and the settlement between the parties to this case. The deadline to reopen the case is extended to April

17, 2025. No further extensions will be granted absent cause. If no application to reopen the case or extend the deadline to reopen the case is made by April 17, 2025, the dismissal of this action is with prejudice.

Counsel for Canoo, Inc. is directed to serve this order and the Court's February 28, 2025 order [ECF No. 59], on the Trustee.

**The parties are reminded that failure to comply with this Order or with any order of the Court or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or their discovery or other obligations may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

**SO ORDERED.**

Date: April 2, 2025
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**